# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| | **CIVIL ACTION** |
| | |
| | **No. 05-4182** |
| **IN RE: KATRINA CANAL BREACHES** * | **(AND CONSOLIDATED CASES)** |
| **CONSOLIDATED LITIGATION** * | |
| | * **SECTION "K" (2)** |
| | * |
| **PERTAINS TO: MRGO** | * |
| | * **JUDGE DUVAL** |
| FILED IN: 05-4182, 06-5308, 06-5785, 06-8708, 07- * | |
| 1113, 07-4837, 07-4953, 07-4976, 07-4979, 07-4995, * | **MAGISTRATE WILKINSON** |
| 07-5012, 07-5016, 07-5254, 07-5286, 07-5339, 07- * | |
| 5343, 07-5344, 07-5347, 07-5350, 07-5355, 07-5356, * | |
| 07-5375, 07-5397 * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *     *

## ORDER AND REASONS

Before the Court is a Motion for Entry of Rule 54(b) Judgments filed by Washington Group International, Inc. ("WGI") (Doc. 21286). WGI previously filed a Motion for Summary Judgment on all of the above-captioned cases. (Doc. 21186). The Court granted that motion for all of the cases that were pending before it; however, it failed to enter Rule 54(b) judgments therein. There being no opposition filed to the instant motion and finding no just cause for delay in entering said judgments pursuant to Fed. R. Civ. P. 54(b),

**IT IS ORDERED** that the Motion for Entry of Rule 54(b) Judgments is **GRANTED** and judgment shall be entered in favor of Washington Group International, Inc. and against all plaintiffs in the enumerated cases with each party to bear its/his/her costs.

New Orleans, Louisiana, this 17th day of September, 2014.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**